IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ERNEST R. JAMISON, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:07cv152 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| COMMISSIONER OF SOCIAL SECURITY, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Hogan filed on June 13, 2008(Doc. 10), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 3, 2008, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner is **REVERSED and REMANDED** for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

          ___s/Susan J. Dlott_____
          Susan J. Dlott
          United States District Judge